IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**YURI CALZADILLA**                                                                         **PETITIONER**

**V.**                                                 **NO. 4:25-CV-18-DMB-JMV**

**LYNN FITCH, et al.**                                                     **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the "Opinion and Order" issued this date, Yuri Calzadilla's habeas corpus petition is **DISMISSED with prejudice**. A certificate of appealability is **DENIED**.

**SO ORDERED**, this 19th day of February, 2026.

                                                        **/s/Debra M. Brown**
                                                        **UNITED STATES DISTRICT JUDGE**